UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL GEORGE ANTHONY,

        Plaintiff,                          Case No. 13-cv-13792

                                                 Paul D. Borman
v.                                            United States District Judge

                                                 Charles E. Binder
COMMISSIONER OF                   United States Magistrate Judge
SOCIAL SECURITY,

        Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE CHARLES E. BINDER'S
OCTOBER 17, 2014 REPORT AND RECOMMENDATION (ECF NO. 15),
(2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 12),
(3) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 10),
(4) REVERSING THE FINDINGS OF THE COMMISSIONER AND
(5) REMANDING TO THE COMMISSIONER
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

On October 17, 2014, Magistrate Judge Charles E. Binder issued a Report and Recommendation to deny Defendant's Motion for Summary Judgment, grant Plaintiff's Motion for Summary Judgment, reverse the findings of the Commissioner and remand this matter to the Commissioner for findings consistent with his Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g).

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Defendant's Motion for Summary Judgment, GRANTS Plaintiff's Motion for Summary Judgment, REVERSES the findings of the Commissioner and REMANDS to

1

the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                             s/Paul D. Borman  
                                             PAUL D. BORMAN  
                                             UNITED STATES DISTRICT JUDGE

Dated:  November 17, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 17, 2014.

                                             s/Deborah Tofil  
                                             Case Manager